UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 08-149 |
| WALTER BROWN | SECTION "C" |

ORDER

IT IS ORDERED that the motion to alter or amend filed by Walter Brown ("Brown") is DENIED.  Rec. Doc. 129.  In denying the defendant's motion under 28 U.S.C. § 2255, the Court specifically found that the defendant understood the charge against him at his rearraignment, as held by the Fifth Circuit on appeal.  Rec. Doc. 127 at 2.  In addition, the Court directly addressed the claim of ineffective assistance of counsel and found that the defendant failed to show either deficient performance or actual prejudice, as required by *Strickland v. Washington*, 466 U.S. 668 (1984).  Rec. Doc. 127 at 4-5.  The ineffectiveness of counsel claim was rejected by this Court independently of any ruling from the Fifth Circuit.

New Orleans, Louisiana, this 19th day of July, 2011.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE

1